UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LIN KWOK KEUNG,                                                    :
:
                Plaintiff,          :               22 Civ. 3725 (JPC)
:
    -v-                                                          :               ORDER
:
PATISSERIES SAINES CORP. *et al.*,                                 :
:
                Defendant           :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Defendants' letter requesting leave to move to dismiss, Dkt. 25, Plaintiff's opposition, Dkt. 30, and Defendants' reply, Dkt. 31. Upon reviewing the parties' letters, the Court finds that Defendant may proceed in filing the Motion to Dismiss. Defendant's motion papers are due by March 3, 2023. Plaintiff's opposition papers are due by April 7, 2023. Defendant's reply papers, if any, are due April 14, 2023. In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

       SO ORDERED.

Dated: February 1, 2023
       New York, New York
                                                            JOHN P. CRONAN
                                                       United States District Judge