UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LIN KWOK KEUNG,                                         CASE NO: 1:22-cv-03725-JPC

    Plaintiff,

vs.

PATISSERIES SAINES CORP.,
a New York corporation, d/b/a
TOUS LES JOURS, and 7 WU
REAL ESTATE LTD., a New
York corporation,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    The Plaintiff, LIN KWOK KEUNG, (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses Defendants, PATISSERIES SAINES CORP., a New York corporation, d/b/a TOUS LES JOURS, and 7 WU REAL ESTATE LTD., a New York corporation, without prejudice in this action.

    Dated: This 5th day of February, 2023.

                                                   Respectfully submitted,

                                                 By: /S/ B. Bradley Weitz
                                                     B. Bradley Weitz, Esq.
                                                     THE WEITZ LAW FIRM, P.A.
                                                     Bank of America Building
                                                     18305 Biscayne Blvd., Suite 214
                                                     Aventura, Florida 33160
                                                     Telephone:  (305) 949-7777
                                                     Facsimile:   (305) 704-3877
                                                     Email: bbw@weitzfirm.com
                                                     *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

LIN KWOK KEUNG,                                CASE NO: 1:22-cv-03725-JPC

    Plaintiff,

vs.

PATISSERIES SAINES CORP.,
a New York corporation, d/b/a
TOUS LES JOURS, and 7 WU
REAL ESTATE LTD., a New
York corporation,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    By: /S/ B. Bradley Weitz_____
        B. Bradley Weitz, Esq.
        THE WEITZ LAW FIRM, P.A.
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile: (305) 704-3877
        Email: bbw@weitzfirm.com
        *Attorney for Plaintiff*

## SERVICE LIST

*Keung v. Patisseries Saines Corp., et al.*
Case No.: 1:22-cv-03725-JPC
United States District Court, Southern District of New York

Morton S. Minsley, Esq.
101 Lafayette Street, 10th Floor
New York, NY 10013
Phone: (212) 346-0849
E-Mail: Minsleylaw@me.com
Attorney for Defendants
**VIA ECF**