```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LIN KWOK KEUNG,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :         22 Civ. 3725 (JPC)
              -v-                                                      :
                                                                       :              ORDER
PATISSERIES SAINES CORP. and 7 WU REAL                                 :
ESTATE LTD.,                                                           :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a conference to discuss Defendants' anticipated motion for sanctions pursuant to 28 U.S.C. § 1927 and the Court's inherent power on April 25, 2023, at 11:30 a.m. via telephone. At the scheduled time, counsel for all parties shall call (866) 434-5269, access code 9176261. Defendants should be prepared to address why sanctions are appropriate given that dismissal occurred at a very early stage of litigation, prior to any discovery, and what evidence Defendants intend to point to indicative of bad faith on the part of Plaintiff or that the claims were brought without color, apart from other cases where counsel for Plaintiff has been sanctioned. *See, e.g.*, *Doe v. 239 Park Ave S. Assocs., LLC*, No. 21 Civ. 279 (JPC), 2022 WL 4592713, at *8-9 (S.D.N.Y. Sept. 30, 2022); *Appel v. Hayut*, No. 20 Civ. 6265 (JPC), 2022 WL 214450, at *6-7 (S.D.N.Y. Jan. 25, 2022), *aff'd sub nom.*, *Appel v. Cohen*, No. 22-170 (L), 22-176 (XAP), 2023 WL 1431691 (2d Cir. Feb. 1, 2023); *VeroBlue Farms USA Inc. v. Canaccord Genuity LLC*, 2021 WL 3913555, at *17-20 (S.D.N.Y. Sept. 1, 2021), *aff'd*, No. 21-2465-cv, 2022 WL 2133780 (2d Cir. Jun. 14, 2022).

SO ORDERED.

Dated: March 22, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

2