# MORTON S. MINSLEY

**Attorney at Law**

Admitted in both New York and New Jersey

101 Lafayette Street, 10th Floor, New York, New York 10013

Phone: 212-346-0849  Fax: 212-766-9798  E-Mail: Minsleylaw@me.com

April 21, 2023

**Via ECF**
Hon. John P. Cronan, USDJ
US District Court, SDNY
500 Pearl Street, Courtroom 12D
New York NY 10007

Re:  LIN KWOK KEUNG v. PATISSERIES SAINES CORP. AND 7 WU REAL ESTATE, LTD.
US District Court, SDNY, DOCKET NO. 1:22-cv-3725 (JPC)

Dear Judge Cronan:

I am the attorney for Defendants PATISSERIES SAINES CORP. ("Tous les Jours") and 7 WU REAL ESTATE LTD. (collectively "Defendants") in this action. I am writing to request an adjournment and rescheduling of the telephonic conference set down for Tuesday, April 25, 2023, at 11:30 am. The reason for my request is a conflict with a NY State Court matter which has been set down for hearing and trial on April 25th, beginning at 9:30 am and potentially lasting the entire day and even continuing into the following date. Pursuant to your Honor's individual rules, I state the following:

1) The date set forth above, April 25, 2023 is the original date of this conference; I would request a new date the week of May1st.
2) The reason for this request is the conflict with my actual engagement in trial of the State Court Matters (see attachment1)
3) No previous requests have been made for adjournment or rescheduling of this conference.
4) Earlier this evening I sent Plaintiff's counsel herein an e-mail requesting consent to this adjournment and asking for him for a convenient date or date for him, but he has not responded to this e-mail. (See attachment 2).
5) No other dates or deadlines are affected by this request.

Respectfully submitted,

Morton S. Minsley

MSM: mm
Enc.
cc.  Ben-Zion Bradley Weitz, Esq., Attorney for Plaintiff, Via ECF

The request is granted. The Conference currently scheduled for April 25, 2023, is adjourned to May 25, 2023, at 10:00 a.m. via telephone. At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.

SO ORDERED.

April 24, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge